UNITED STATES BANKRUPTCY COURT
Western District of Illinois

IN RE:                                          CHAPTER 13
JAMES A. LAHEY, JR.
JODI S. LAHEY                                   CASE NO. 10-75235


**NOTICE OF FINAL CURE PAYMENT AND COMPLETION OF PLAN PAYMENTS**

Pursuant to Federal Bankruptcy Rule 3002.1(f), the Chapter 13 Trustee, Lydia S. Meyer, files Notice that the amount required to cure the default in the below claim has been paid in full and the debtor has completed payments under the Plan.


**Name of creditor:    Selene Finance LP**              **Court claim #: 4**

**Last four digits** of any number used to identify the debtor's account: 1246


| *Final Cure Amount* | |
| --- | --- |
| Amount of Prepetition Arrears | $3,182.15 |
| Amount Paid by Trustee | $3,182.15 |


| *Monthly ongoing Mortgage Payment* | | | |
| --- | --- | --- | --- |
| Mortgage is paid: | | | |
| ☐ | Thru the Chapter 13 Plan | ☒ | Direct by Debtor(s) |


Within 21 days of the service of this Notice, the creditor **MUST** file and serve a Statement as a supplement to the holders' proof of claim on the debtor, debtor's counsel and the trustee, pursuant to Federal Bankruptcy Rule 3002.1 (g), indicating: 1) whether it agrees that the debtor has paid in full the amount required to cure the default and 2) whether the debtor is otherwise current on all payments consistent with 11 USC ¶1322(b)(5).


Dated:   12/3/2015                    /s/Lydia S. Meyer
                                      Lydia S. Meyer, Trustee
                                      308 W. State St., Suite 212
                                      Rockford, IL  61101


Certificate of Service
        I hereby certify that a copy of this Notice of Final cure Payment and Completion of Plan Payments was served on the parties listed below by ordinary US Mail or served electronically through the Court's ECF System at the email address registered with the Court on this 3rd Day of December, 2015.


Dated:   12/3/2015                    /s/Cynthia K. Burnard

SELENE FINANCE LP
PO BOX 71243
PHILADELPHIA, PA 19176-6243

BNAK OF AMERICA
PO BOX 15168
WILMINGTON, DE  19850

ATTORNEY ANDREW NELSON
PIERCE & ASSOCIATES, PC
1 NORTH DEARBORN SUITE 1300
CHICAGO, IL 60602

SELENE FINANCE LP
9990 RICHMOND AVENUE
SUITE 400 SOUTH
HOUSTON, TX 77042-4546

CARI A. KAUFFMAN
C/O MANLEY, DEAS & KOCHALSKI LLC
PO BOX 165028
COLUMBUS, OH 43216-5028

JAMES A. LAHEY, JR.
JODI S. LAHEY
2570 FAIRFAX LANE
LAKE IN THE HILLS, IL  60156

GERACI LAW LLC
55 E. MONROE STREET, #3400
CHICAGO, IL  60603